No. 3578.—Ramírez, Representada por su Madre Santos Rolón, aplte. *v.* Ramírez et al., apdos.—C. D. Humacao. marzo 31, 1925.

Por cuanto, una sentencia ordenando la concesión de alimentos provisionales no es *cosa juzgada* en el sentido en que lo son otras determinadas sentencias;

Por cuanto, la resolución que fija la cuantía de alimentos provisionales, como un *injunction* en ciertos casos es continua y ha de considerarse como· que procede de un día a otro, algo parecido a alimentos en un caso de divorcio;

Por cuanto, en el Código de Enjuiciamiento Civil nada existe que sea obstáculo para la corte poder enmendar una orden sobre alimentos provisionales a virtud de moción;

Vistos los casos de *Alcaide* v. *Alcaide,* 25 D.P.R. 310; *Molinari* v. *López Acosta,* 20 D.P.R. 510; *Ríos* v. *Rosaly,* 27 D.P.R. 537, *debe confirmarse la sentencia.*

No. 3599.—Del Rosario, aplte., *v.* London Assurance Corporation, apda.—C. D. Mayagüez. Mar. 31, 1925. Cobro de póliza de seguro. Desestimado el recurso a instancia de la apelada por haber el apelante dejado de gestionar la tramitación de la apelación por más de seis meses sin excusa válida para ello.